IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF ST. MARY'S HOLY APOSTOLIC CATHOLIC CHURCH OF THE EAST, a non-profit Corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>MAR ADDAI II, et al.,<br><br>           Defendants. | 1:12-cv-1448  AWI BAM<br><br>ORDER TO SHOW CAUSE |

On September 5, 2012, Defendants removed this matter from the Fresno County Superior Court. The notice of removal indicates that this Court has diversity jurisdiction and that a federal question exists.

A district court has "a duty to establish subject matter jurisdiction over the removed action *sua sponte*, whether the parties raised the issue or not." United Investors Life Ins. Co. v. Waddell & Reed, Inc., 360 F.3d 960, 967 (9th Cir. 2004). The removal statute (28 U.S.C. § 1441) is strictly construed against removal jurisdiction. Geographic Expeditions, Inc. v. Estate of Lhotka, 599 F.3d 1102, 1107 (9th Cir. 2010). It is presumed that a case lies outside the limited jurisdiction of the federal courts, and the burden of establishing the contrary rests upon the party asserting jurisdiction. Hunter v. Philip Morris USA, 582 F.3d 1039, 1042 (9th Cir. 2009).

The Court has reviewed Defendants' notice of removal and it has strong concerns that about subject matter jurisdiction. Because removing party has the burden of establishing jurisdiction, the Court will order Defendants to show cause why this case should not be remanded to the Fresno County Superior Court.

Accordingly, IT IS HEREBY ORDERED that:

1. On or by September 17, 2012, Defendants shall show cause in writing why this case should not be remanded for lack of subject matter jurisdiction;
2. On or by September 24, 2012, Plaintiff shall file a response to Defendants' submissions;
3. On or by 2:00 p.m. on September 27, 2012, Defendants may file a reply to Plaintiff's response; and
4. After receipt of parties' submissions, the Court will subsequently issue either an order of remand or an order discharging the order to show cause.[1]

IT IS SO ORDERED.

Dated:   September 7, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] If, after examination of the parties' submissions, the Court determines that an oral argument would be helpful, the Court will set a hearing date at that time.

daw                                                          2