IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF ST. MARY'S HOLY APOSTOLIC CATHOLIC CHURCH OF THE EAST, a non-profit Corporation,<br><br>　　　　Plaintiff,<br>　v.<br>MAR ADDAI II, et al.,<br><br>　　　　Defendants. | 1:12-cv-1448  AWI BAM<br><br>RULE 60(a) CORRECTION OF ORDER REMANDING CASE<br><br>(Doc. No. 11) |

On October 5, 2012, the clerk filed an order that remanded this matter pursuant to 28 U.S.C. § 1447(c). See Doc. No. 11. However, there is a clerical mistake in that order. The order indicates that the case was removed from the Fresno County Superior Court and then remands the case to the Fresno County Superior Court. In reality, the case was removed from the Stanislaus County Superior Court. It was a clerical oversight to list Fresno County instead of Stanislaus County. Pursuant to Rule 60(a), the Court will correct this clerical mistake.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 5, 2012, remand order is CORRECTED as follows:

   a. At page 1, lines 19 and 24, the references to the "Fresno County Superior Court" are changed to "the Stanislaus County Superior Court;"

   b. At page 7, line 17 the reference to the "Fresno County Superior Court" is changed to "the Stanislaus County Superior Court;"

2. The effect of this order is that this case is to be remanded pursuant to 28 U.S.C. § 1447(c) to the Stanislaus County Superior Court, and not the Fresno County Superior Court;

3. The Clerk shall include a copy of this order, along with Document No. 5, as part of the remand package that will be sent to the Stanislaus County Superior Court; and

4. This case remains CLOSED.

IT IS SO ORDERED.

Dated:　October 5, 2012　　　　　　　　　　　　　　/s/ signature
　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE